IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INFORMATION |
| | : | |
| v. | : | CRIMINAL NO.: 4:23-cr-6 (CDL) |
| | : | |
| AMANAH CHILDS, | : | VIOLATIONS: |
| Defendant | : | 18 U.S.C. § 1343 |
| _____ | : | 18 U.S.C. § 1028A |

**THE UNITED STATES ATTORNEY CHARGES:**

## INTRODUCTION

*At all times material to this information:*

1. The Defendant resided in Columbus, Georgia, within the Middle of District of Georgia.

2. On March 27, 2020, Congress enacted the Coronavirus Aid, Relief, and Economic Security Act (hereinafter "CARES"). The CARES Act was created to provide federal relief to those affected by the Coronavirus pandemic. Among other provisions, the CARES Act allocated several billion dollars to the Paycheck Protection Program (hereinafter "PPP"), which was designed to provide small businesses with loans in order to keep employees on the payroll. The CARES Act also provided the Small Business Administration (hereinafter "SBA") with several millions of dollars in additional funds for Economic Injury Disaster Loans (hereinafter "EIDLs"), which were intended to assist individuals, households, and businesses in federally declared disaster areas. The CARES Act also provided the SBA with an additional $562 million for EIDLs and $10 billion for

emergency grants to businesses applying for EIDLs. The SBA is a federal agency that was created in 1953 and is dedicated, primarily, to assisting small businesses.

3.  The SBA provided an online application process for those seeking EIDLs pursuant to the CARES Act. When requesting emergency loans or grants, the SBA required certain information from the applicant, including but not limited to the applicant's name, the legal name of the business requesting the loan/grant, the business' Employee Identification Number ("EIN"), a street address for the business applying for the loan/grant, and a bank name and accounting number where, if approved, the loan/grant money could be directly deposited. At the conclusion of the form, the applicant is required to certify, under penalty of perjury, that the information in the application is "true and correct."

## THE SCHEME

From on or about August 10, 2020, to September 5, 2021, Defendant **AMANAH CHILDS** devised a scheme and artifice to defraud and obtain money from the SBA, by means of materially false and fraudulent pretenses and representations related to loan and/or grant requests made to the SBA, under the auspices of the CARES Act.

## MANNER AND MEANS

It was part of the scheme and artifice to defraud that Defendant **AMANAH CHILDS** applied for fraudulent EIDLs from the SBA in her own name and created fictitious businesses with spurious gross revenues, costs of goods sold, and other information, to receive monies from the SBA to which she was not entitled. It was also

part of the scheme and artifice to defraud that Defendant **AMANAH CHILDS** applied for fraudulent EIDLs from the SBA in the name of other individuals, appropriating their personal identifying information, means of identification, and other information, to receive monies from the SBA to which she was not entitled.

## COUNT ONE
### (WIRE FRAUD)

From on or about August 10, 2020, to September 5, 2021, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court, the defendant,

**AMANAH CHILDS,**

for purposes of willfully executing the above-described scheme with intent to defraud and obtain money by false and fraudulent pretenses, representations, and promises, did cause to be transmitted in interstate commerce, by means of wire communications, certain signs, signals, and sounds, to wit: approximately 20 online applications for EIDL loans from the SBA, which the Defendant then well knew contained fraudulent representations and information.  All in violation of Title 18, United States Code, Section 1343.

## COUNT TWO
## (AGGRAVATED IDENTITY THEFT)

On or about July 26, 2021, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court, the defendant,

**AMANAH CHILDS,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is, victim A.L., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: wire fraud, incorporated by reference in Count One of this information, knowing that said means of identification belonged to another actual person. All in violation of Title 18, United States Code, Section 1028A(a)(1).

# **FORFEITURE NOTICE**

1. The allegation contained in Counts One and Two of this Information are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 1343 set forth in Counts One and Two of the Information, the defendant, **AMANAH CHILDS,** shall forfeit to the United States of America, pursuant to Title 18, Unites States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to said violations, including, but not limited to, a personal money judgment in an amount to be determined.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 981(a)(1)(C). All pursuant to 18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461(c).

                    PETER D. LEARY
                    UNITED STATES ATTORNEY

BY:    *s/ Crawford Seals*
        CRAWFORD SEALS
        Assistant U.S. Attorney
        Middle District of Georgia